M. Brett Burns (admitted pro hac vice)
bburns@akingump.com
Stephanie K. Osteen (admitted pro hac vice)
sosteen@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Tricia Schafer (018748)
tricia.schafer@mwmf.com
**MARISCAL, WEEKS, MCINTYRE, FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012
Telephone: (602) 889-5341
Facsimile: (602) 285-5100

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Kamran Madani, and Abolfalz Vaghef,<br><br>Plaintiffs,<br><br>v.<br><br>BHVT Motors, Inc.,<br><br>Defendant. | No. CV-04-1897-PHX-RCB<br><br>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |

Defendant Bell Honda files these Proposed Voir Dire Questions and asks the Court to ask them to the jury panel during the Court's voir dire of prospective jurors.

A.      **Questions Concerning Personal Decision-Making.**

1.      We'd like to know a little bit about how you make decisions in your personal life. There are no right or wrong answers. By show of hands, how many would say you tend to make decisions based on first impressions or pretty quickly after finding out what the issue is? How many of you would say you tend to be slower and more deliberative when making decisions?

2.      During the trial, the Plaintiffs will present their evidence first, and Defendant will present evidence afterwards. Will you agree to wait and consider all evidence from both sides, and hear me instruct you on the applicable law, before making decisions in this case?

B.      **Personal Experiences**

1.      The Defendant in this case is Bell Honda, a retail automobile dealership in Phoenix, Arizona. Has anyone been a Bell Honda employee? If yes, do you have a complaint about the way you were treated at Bell Honda? (Discuss any complaint privately.) Has anyone been a Bell Honda customer or prospective customer? If yes, do you have a complaint about the way you were treated at Bell Honda? (Discuss any complaint privately.)

2.      Has anyone worked for a car dealership? If yes, do you have a complaint about the way you were treated at that employer? (Discuss any complaint privately.) Do any of you have family members or close friends who worked for car dealerships? If yes, to your knowledge, do they have a complaint about the way they were treated at that employer? (Discuss any complaint privately.)

1

3.  Some of you may have purchased cars from car dealerships. If so, do you have a complaint about the way you were treated at any car dealership? (Discuss any complaint privately.)

4.  Has anyone filed a lawsuit before? If yes, has anyone filed a race or national origin discrimination lawsuit before? If so, please explain. Do any of you have family members or close friends who filed a lawsuit before? Do any of you have family members or close friends who filed a race or national origin discrimination lawsuit before? If so, please explain.

5.  Does anyone believe they were subjected to harassment at work because of their race or national origin? If so, please explain. Do any of you have family members or close friends who believe they were mistreated at work because of their race and national origin? If so, please explain.

6.  Does anyone believe that an employer automatically should be held responsible for alleged harassment that it did not know about?

7.  Have you ever worked for employers who had a policy, procedure, or employee hotline to report harassment complaints? Have you ever used such a policy, procedure, or hotline to report a harassment complaint? If yes, was the complaint resolved after you reported the complaint?

8.  Have any of you served on a jury of any kind before in any state or federal court? If yes, please explain when, where, the type of case, and whether a verdict was reached or not.

9.  Have any of you ever been fired or laid off from a job? When? Where? Why? Do any of you feel that you have been treated so unfairly by an employer that it would affect your ability to be a fair and impartial juror in this case?

10. Have any of you ever made a claim or filed suit against your current or former employer? What was the nature and outcome of the dispute? Will that influence in anyway your ability to be a fair and impartial juror in this case?

11. Do any of you have family members or friends who filed complaints against his or her employer? What was the nature and outcome of the complaint? Would the fact that your family member or friend filed a complaint against their employer influence you in any way in reaching a fair and impartial verdict in this case?

**C.    Other Knowledge, Corporate Status, Parties, Attorneys, Witnesses, And Other Things.**

1. Does anyone have knowledge about this case from any source other than what you've heard in court today?

2. Bell Honda is a corporation. Does anyone believe that just because Bell Honda is a corporation, it should pay money to plaintiffs who file lawsuits against it?

3. The Plaintiffs in this case are Kamran Madani and Abolfalz Vaghef. Do you or any family members or close friends know these men or work with them? If so, please explain.

4. The Plaintiffs are represented by Stephen Montoya of the law firm Montoya Jiminez P.A. The Defendant is represented by Brett Burns and Stephanie Osteen of the law firm Akin Gump Strauss Hauer & Feld LLP. Do you know any of these attorneys or these law firms? Have you or any of your close friends or relatives ever been represented by these attorneys or law firms or had any prior interaction with them? If so, please explain.

5. The following people may testify as witnesses in this case. I will read the names of these witnesses and ask if you or your close friends or relatives know them.

    A.    William Arbuckle

    B.    Albert Baker

|   |   |   |
|---|---|---|
| 1 | C. | Gary Brooks |
| 2 | D. | Dale Bruemmer |
| 3 | E. | John Culver |
| 4 | F. | Mark Dorey |
| 5 | G. | Curtis Gipson |
| 6 | H. | Phil Kerr |
| 7 | I. | Kamran Madani |
| 8 | J. | Greg Mortenson |
| 9 | K. | Jim Potts |
| 10 | L. | Justice Rovin |
| 11 | M. | Abe Saba |
| 12 | N. | Abolfalz Vaghef |
| 13 | O. | Michael Westbrook |
| 14 | P. | John Williamson |

6. Is there anything else in your background that you think we should know about but have not asked that could affect your ability to be a fair and impartial juror in this case?

7. Do you know of any reason that you could not treat Bell Honda fairly in this case?

**D.  Ability to Apply Legal Standards**

1. Would the fact that this case involves a claim by two individuals against a corporation influence to the point that could not be fair and impartial in deciding the issues involved in this case?

2. If you are selected as a juror in this case, you will be required to put aside any sympathy you may feel and decide this case solely on the evidence introduced during the trial and the instructions that the trial court will give you concerning the law. Can you

1  do that?

2    3. Is there anyone who believes that just because a person files a lawsuit and

3  asks for a large sum of money, that the person is entitled to some money?

4             Respectfully submitted,

5             /s/ Stephanie K. Osteen

6             M. Brett Burns (admitted pro hac vice)
           Stephanie K. Osteen (admitted pro hac vice)

7             **AKIN GUMP STRAUSS HAUER & FELD LLP**

8             1700 Pacific Avenue, Suite 4100
           Dallas, Texas 75201

9             Telephone: (214) 969-2800
           Fax: (214) 969-4343

10

11            Tricia Schafer (018748)

12            **MARISCAL, WEEKS, MCINTYRE, FRIEDLANDER, P.A.**

13            2901 North Central Avenue, Suite 200
           Phoenix, Arizona 85012

14            Telephone: (602) 889-5341
           Facsimile: (602) 285-5100

15

16

17

18

19

20

21

22

23

24

25

26

1        I hereby certify that on this 11th day of May, 2006, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

      Stephen G. Montoya
      3200 North Central Avenue, Suite 2550
      Phoenix, Arizona 85012
      Attorney for Plaintiff

COPY mailed/delivered to:

      Honorable Robert C. Broomfield
      United States District Court
      Sandra Day O'Connor U.S. Courthouse, Suite 626
      401 West Washington Street, SPC 61
      Phoenix, Arizona  85003-2158

By:  /s/ Stephanie K. Osteen

5906233